UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       Case No. 1:14-cr-20427-02
                                                      Honorable Thomas L. Ludington

KWAME AMIN MATHEWS,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

On October 8, 2017, Defendant Kwame Amin Mathews pled guilty to one count of aiding and abetting the distribution of cocaine base. ECF No. 76. He was sentenced to 151 months' imprisonment to be followed by a three-year term of supervised release. ECF No. 147.

On May 5, 2020, Defendant filed a pro se motion for compassionate release under 18 U.S.C. §3582(c)(1)(A). ECF No. 321. His Motion was denied because (1) he did not demonstrate an "extraordinary and compelling" reason for release, (2) his early release would pose a danger to the community, and (3) the reduction of his sentence was unsupported by the factors provided in 18 U.S.C. § 3553(a). ECF No. 327. Defendant timely appealed. ECF No. 328. The United States Court of Appeals for the Sixth Circuit affirmed and held that this Court was within its discretion to deny compassionate release after due consideration of the § 3553 factors. ECF No. 351 at PageID.2391–93.

On May 20, 2021, Defendant sent a letter to this Court stating his disagreement with the Court of Appeals' Opinion. Because the letter expressly asks for "reconsideration" of his prior Motion for Compassionate Release, the letter is liberally construed as a motion for reconsideration under Local Rule 7.1(h). Defendant's Motion for Reconsideration, however, will be denied.

- 2 -

The Local Rules provide that "[a] motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order." E.D. Mich. L.R. 7.1(h)(1). The Order Denying Defendant's Motion for Compassionate Release was entered on June 29, 2020—nearly 11 months ago. ECF No. 327. Accordingly, Defendant's Motion for Reconsideration is untimely.

To the extent that Defendant believes compassionate release is warranted based on changed circumstances, he may file another motion under 18 U.S.C. § 3582(c)(1)(A). *See Delgado v. United States*, No. 20-2294, slip op. at 3 (6th Cir. Apr. 21, 2021) ("[T]he compassionate release statute does not bar successive filings . . . .").

Accordingly, it is **ORDERED** that Defendant's Motion for Reconsideration, ECF No. 359, is **DENIED**.

Dated: May 27, 2021             s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge